IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JANICE GRANT,<br><br>        Defendant. | 8:07CR242<br><br>ORDER |

This matter is before the court on its own motion. This court previously appointed Matthew R. Kahler (Mr. Kahler) to represent the defendant on her claim of witness tampering. See Filing No. 149, Memorandum and Order. The defendant's motions for substitution of counsel have been denied. Filing Nos. 153 & 155. Mr. Kahler was ordered to file a status report and granted an extension of time to September 16, 2013, to do so. Filing No. 151, text entry. To date, no status report has been filed. Mr. Kahler remains the defendant's appointed counsel. Accordingly,

IT IS ORDERED:

1. Matthew Kahler shall file a status report with respect to the witness tampering issue within 30 days of the date of this order.

2. Counsel for the government has 14 days thereafter to respond.

Dated this 11th day of June, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge