IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:07CR242 |
| vs. | |
| JANICE GRANT, | ORDER |
| Defendant. | |

This matter is before the court on its own motion. This court previously appointed Matthew R. Kahler (Mr. Kahler) to represent the defendant on her claim of witness tampering. *See* Filing No. 149, Memorandum and Order. The defendant's motions for substitution of counsel have been denied. Filing Nos. 153 & 155. Mr. Kahler was ordered to file a status report and granted an extension of time to September 16, 2013, to do so. Filing No. 151, text entry. Mr. Kahler requested additional time to complete a search for witnesses. Filing No. 157. The court granted the request and continued the status report to 60 days from July 29, 2014. To date, no status report has been filed. Mr. Kahler remains the defendant's appointed counsel. Accordingly,

IT IS ORDERED:

1. The defendant shall have 30 days to present evidence concerning witness tampering.

2. Counsel for the government shall have 14 days thereafter to respond.

3. The court shall consider the matter ripe for decision thereafter.

Dated this 7th day of March, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge