IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JANICE GRANT,<br><br>　　　　　　　　Defendant. | 8:07CR242<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on October 18, 2022 for a detention hearing regarding Amended Petition for Offender Under Supervision [169] and Defendant's Restricted Motion to Reconsider Detention [183]. Jeffrey Thomas represented the defendant. Michael Norris represented the government.

The government previously moved for detention based upon risk of flight and danger. The defendant requested a detention hearing once she came into federal custody which was held. The defendant met her burden to establish by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The Government's motion for detention is denied, and Defendant's Restricted Motion to Reconsider Detention [183] is granted. The defendant shall be released on the current terms and conditions of supervision to include participation and completion of the Stephen Center, HERO Program in Omaha, Nebraska. The Defendant shall also be on electronic monitoring, provided probation has one available, while residing at the Stephen Center, HERO Program. 18 U.S.C. § 3143(a)(1).

Defendant shall be transported by the United States Marshals from Douglas County Corrections to the Roman Hruska Courthouse on October 20, 2022 by 9:00 a.m. to be released after processing to her sister, Malicia Lynn, who shall transport her directly to the Stephen Center, HERO Program. The defendant shall be released with a 30-day supply of her current prescription medications.

Dated this 18th day of October, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge